UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| ALPHA ALPHA CHAPTER OF ZETA BETA TAU FRATERNITY, *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | Cause No. 4:23-CV-074-PPS-AZ |
| ) | |
| BRANDON CUTLER, *et al.*, ) ) | |
| Defendants. ) | |

### ORDER

The parties' Stipulation of Dismissal [DE 57] is **SO ORDERED**.

**ACCORDINGLY:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**, without costs to any party. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

ENTERED: July 2, 2024.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT